**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | | |
|---|---|---|---|
| **In Re:** | **MEGAN RACHELLE WICKHAM,** | : | Case No. 14-54787 |
| | | : | |
| | | : | Chapter 13 |
| | | : | |
| | Debtor. | : | Judge Charles M. Caldwell |

**NOTICE OF CHANGE OF ADDRESS OF DEBTOR**

    Now comes Debtor MEGAN RACHELLE WICKHAM by and through the undersigned counsel, and respectfully provides this Honorable Court with notice of a change of address for the Debtor:

MEGAN RACHELLE WICKHAM
514 Corbel Drive
Marysville, OH 43040

Respectfully submitted,

Dated: 3 August 2016

/s/ Mark Albert Herder
Mark Albert Herder (0061503)
Attorney for the Debtor
MARK ALBERT HERDER, LLC
1031 East Broad Street
Columbus, Ohio 43205
Tel.:   614.444.5290
Fax:   614.444.4446
markalbertherder@yahoo.com